## COOK v. MILLIKIN.

Appeal, No. 327, Oct. T., 1891. Similar in facts and argued by agreement with preceding case.

OPINION BY Mr. JUSTICE McCOLLUM, January 9, 1893:

In pursuance of the agreement of the parties, and for the reasons stated in the opinion filed at this term in No. 326, Oct. T., 1891, the specifications of error are overruled and the judgment is affirmed.